

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Yongjin Li

**Civil Action No.**  26-cv-1001-LL-JLB

**Plaintiff,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is GRANTED in part and Respondents are ORDERED to hold an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) no later than 7 days from the date of this Order. This case is hereby closed.

**Date:**  3/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler

B. Chandler, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**   26-cv-1001-LL-JLB

Respondents:

Christopher LaRose,
Senior Warden, Otay Mesa Detention Center;

Kristi Noem,
Secretary, U.S. Department of Homeland Security;

Todd Lyons,
Acting Director, U.S. Immigration and Customs Enforcement;

Patrick Divver,
Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement;

Sirce Owen,
Acting Director of the Executive Office for Immigration Review (EOIR), U.S. Department of Justice;

Pamela Bondi,
Attorney General, U.S. Department of Justice